IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CASEY B. CLIFTON, | |
| Petitioner, | 8:24CV48 |
| vs. | |
| ROB JEFFREYS, | ORDER |
| Respondent. | |

This matter is before the Court on its own motion. On February 12, 2024, the Court directed Petitioner to either submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis by March 13, 2024. Filing No. 3. On February 22, 2024, Petitioner submitted a Notice in which he states, "This is the filing fee for Case Number: 8:24cv48," and attached a copy of a Nebraska Department of Correctional Services Institutional Check. Filing No. 3. The Court is uncertain if Petitioner filed the Institutional Check as a form of payment or to merely show he has initiated a request with his institution to remit payment. In any case, the Institutional Check is not a proper form of payment.

IT IS THEREFORE ORDERED that: The Court will take no action on Petitioner's Notice, Filing No. 3. Petitioner is advised that he has until **March 13, 2024**, to either submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis.

Dated this 27th day of February, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge