IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CASEY B. CLIFTON, | |
| Petitioner, | 8:24CV48 |
| vs. | |
| ROB JEFFREYS, | ORDER |
| Respondent. | |

This matter is before the Court on case management. On June 20, 2025, the Court received and docketed Petitioner's brief in response to Respondent's answer and brief. Filing No. 19. The Court deems Petitioner's brief timely filed pursuant to the prison mailbox rule. *See United States v. Harrison*, 469 F.3d 1216, 1217 (8th Cir. 2006). Accordingly,

IT IS ORDERED that:

1. Respondent shall have until July 21, 2025, to file and serve a reply brief or a notice of case submission if no reply brief will be filed.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **July 21, 2025**: check for Respondent's reply brief.

Dated this 23rd day of June, 2025.

BY THE COURT:

*John M. Gerrard*
_____
John M. Gerrard
Senior United States District Judge